1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

DION P. KOOP,

Case No. 2:16-cv-01772-GMN-PAL

8

Plaintiff,

ORDER

9

v.

10

CHASE BANK, NATIONAL
ASSOCIATION, et al.,

11

12

Defendants.

13      Before the court is the Notice of Settlement (ECF No. 35) between Plaintiff and Defendant

14  Experian Information Solutions, Inc.  The parties request 60 days to complete settlement dismissal

15  documents.  Accordingly,

16      **IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall

17  have until **May 29, 2017,** to file a stipulation to dismiss, or a joint status report advising when the

18  stipulation to dismiss will be filed.

19      DATED this 31st day of March, 2017.

20

21
                                              _____
22      PEGGY A. LEEN
        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1