Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DION P. KOOP, <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK, NATIONAL ASSOCIATION; VOLKSWAGEN CREDIT, INC; WELLS FARGO HOME EQUITY; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:16-cv-01772-GMN-PAL <br><br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS WELLS FARGO HOME EQUITY AND WELLS FARGO BANK, NATIONAL ASSOCIATION** |

**NOTICE IS HERBY GIVEN** that the dispute between Dion P. Koop ("Plaintiff") and Defendants Wells Fargo Home Equity and Wells Fargo Bank, National Association (collectively "Wells Fargo") have been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Wells Fargo, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and filing requirements as to Wells Fargo be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Wells Fargo.

DATED: May 4, 2017

                                            Respectfully submitted,

                                            */s/ Sean N. Payne*
                                            Sean N. Payne, Esq.
                                            Nevada Bar No. 13216
                                            PAYNE LAW FIRM LLC
                                            9550 S. Eastern Ave., Suite 253-A213
                                            Las Vegas, NV 89123
                                            Phone: (702) 952-2733
                                            FAX: (702) 462-7227
                                            Email: seanpayne@spaynelaw.com

                                            *Attorney for Plaintiff Dion P. Koop*

**IT IS ORDERED** that the settling parties shall have until **July 3, 2017**, to either file their stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated: May 5, 2017

                                                                  Peggy A. Leen
                                                                  United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS WELLS FARGO HOME EQUITY AND WELLS FARGO BANK, NATIONAL ASSOCIATION** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ Sean N. Payne
Payne Law Firm LLC