Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040  W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DION P. KOOP,<br><br>                Plaintiff,<br>   v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; VOLKSWAGEN CREDIT, INC; WELLS FARGO HOME EQUITY; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>                Defendants. | Case No. 2:16-cv-01772-GMN-PAL<br><br><br><br>**JOINT STATUS REPORT ON NOTICE OF SETTLMENT** |

On or about May 4, 2017, Dion P. Koop ("Plaintiff") and Defendants Wells Fargo Home Equity and Wells Fargo Bank, National Association (collectively referred to as, "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on May 5, 2017, the Settling Parties were to file dismissal paperwork by July 3, 2017, or provide a joint status report indicating when the stipulation will be filed. *See* ECF No. 39.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on Plaintiff's credit report. The Settling Parties had to consult with their clients to finalize the data which was agreeable to be reported by Defendants. Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within forty-five (45) days.

Respectfully submitted,

| DATED: July 3, 2017 | DATED: July 3, 2017 |
|---|---|
| */s/ Sean N. Payne* \_\_\_\_\_ | */s/ Karl O'Riley* \_\_\_\_\_ |
| Sean N. Payne, Esq. | Jeffrey Willis, Esq. |
| Nevada Bar No. 13216 | Nevada Bar No. 4797 |
| PAYNE LAW FIRM LLC | Karl O'Riley, Esq. |
| 9550 S. Eastern Ave., Suite 253-A213 | Nevada Bar No. 12077 |
| Las Vegas, NV 89123 | SNELL & WILMER LLP |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89169 |
| | *Attorney for Defendant Wells Fargo Bank, N.A., also named as Wells Fargo Home Equity* |

**IT IS ORDERED** that the parties shall have until **August 17, 2017**, to file the stipulation to dismiss.

**IT IS FURTHER ORDERED** that no further extensions will be allowed.

Dated: July 11, 2017

Peggy A. Leen
United States Magistrate Judge